Gregory Simpson, WSBA No. 54209
Davis Law Group, P.S.
2101 Fourth Ave., Ste. 1030
Seattle, WA 98121
Tel: (206) 727-4000
greg@davislawgroupseattle.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON - SEATTLE

SEAN TRAN,

Plaintiff,

vs.

UNITED STATES OF AMERICA, a governmental entity; LARRY DEL SOL and JANE DOE DEL SOL, individually and the marital community composed thereof,

Defendants.

NO. 2:26-cv-02763

~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION FOR AMENDMENT OF PLAINTIFF'S COMPLAINT

THIS MATTER having come before the court pursuant to the parties' Stipulated Motion for Amendment of Plaintiff's Complaint pursuant to CR 15, CR 19, and/or CR 20, now therefore,

IT IS ORDERED that Plaintiff is granted leave to amend his complaint to Amend the case caption to remove "LARRY DEL SOL and JANE DOE DEL SOL," in the above-entitled cause as set forth in the Plaintiffs' proposed amended complaint at Exhibit A to the Stipulated Motion.

DONE IN OPEN COURT this 10th day of November, 2026.

The Honorable James L. Robart

PRESENTED BY:

_/S/GREG SIMPSON_______________________
Gregory Simpson, WSBA No. 54209
Attorneys for Plaintiff
Davis Law Group, P.S.
2101 Fourth Ave., Ste. 1030
Seattle, WA 98121
Tel: (206) 727-4000
Email: greg@davislawgroupseattle.com

_____S/SHAUN PEHL________________________
Shaun Pehl, WSBA No. 45534
Attorney for United State of America
Assistant United States Attorney
United States Attorney's Office
Western District of Washington1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4383
Phone: 253-428-3665
Fax: 206-553-4067
Email: shaun.pehl@usdoj.gov